UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL DEREK JACKSON,

    Petitioner,

v.

MARION E. SPEARMAN, Warden,

    Respondent.

Case No. 14-cv-01107-JST (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the Kern County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: April 24, 2014

                         JON S. TIGAR
                         United States District Judge